## CERTIFICATE OF SERVICE

I, Melanie A. Newby, Esq. (name), certify that service of this summons and a copy of the complaint was made July 10, 2013 (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:
☐ Residence Service: By leaving the process with the following adult at:
☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Sallie Mae, Inc.
Attn: Albert L. Lord, Director
300 Continental Dr.
Newark, DE 19713

☐ Publication: The defendant was served as follows: [Describe briefly]
☐ State Law: The defendant was served pursuant to the laws of the State of , as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: **July 10, 2013**               Signature   **/s/ Melanie Newby**
Print Name:                                       **Melanie A. Newby, Esq., Attorney for Plaintiff**
Business Address:                                 **521 Ninth Street West, Bradenton, FL 34205**